UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2: 19-cv-1376 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 25, 2019, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 19.) This action is set for a settlement conference before Magistrate Judge Claire on December 19, 2019.

On September 3, 2019, plaintiff filed a motion for appointment of counsel. (ECF No. 16.) On September 23, 2019, plaintiff filed an amended complaint. (ECF No. 18.) The amended complaint names the same defendants and contains the same claims as raised in the original complaint. The amended complaint names one new defendant, i.e., California Department of Corrections and Rehabilitation ("CDCR") Director Diaz, against whom plaintiff seeks injunctive relief.

The court will consider plaintiff's motion for appointment of counsel and amended complaint following the settlement conference, if appropriate.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (ECF No. 16) and amended complaint (ECF No. 18) are vacated without prejudice pending their reinstatement following the December 19, 2019 settlement conference, if appropriate.

Dated: November 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.ord