UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. STRUVE, et al.,<br><br>    Defendants. | No. 2: 19-cv-1376 JAM KJN P<br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' application to extend the discovery cut-off for the purpose of deposing plaintiff by video conference is granted;
2. The discovery cut-off date is continued from July 10, 2020, to August 10, 2020, for the sole purpose of defendants taking plaintiff's deposition by video conference, with all parties appearing remotely, including the court reporter, in order to adhere to COVID-19 guidelines and recommendations.

Dated: May 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.dep

1