UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID EVANS, | No. 2:19-cv-1376 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed November 12, 2020, are adopted in full; and

3 | 2. Plaintiff's claim alleging that defendants Gonzales, Dingfelder, Richardson, Calderon, Valice, Sidebotham and McCarval violated the Eighth Amendment by filing reports falsely stating that plaintiff resisted defendant Struve are dismissed for failing to state a potentially colorable claim for relief.

DATED: December 30, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE