UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2: 19-cv-1376 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff's motion to proceed in forma pauperis filed February 1, 2021 (ECF No. 73) is vacated.

On February 1, 2021, plaintiff filed a notice of appeal regarding the January 4, 2021 order issued by the Honorable John A. Mendez. (ECF No. 71.) On February 1, 2021, plaintiff filed the pending motion to proceed in forma pauperis, apparently in support of his notice of appeal. (ECF No. 73.)

On February 16, 2021, the Ninth Circuit Court of Appeals dismissed plaintiff's February 1, 2021 appeal for lack of jurisdiction. (ECF No. 77.) For this reason, plaintiff's February 1, 2021 motion to proceed in forma pauperis is vacated.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2021 motion to proceed in forma pauperis (ECF No. 73) is vacated.

Dated: March 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.den