UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2: 19-cv-1376 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2021, the undersigned issued a further scheduling order. (ECF No. 81.) The further scheduling order directed the parties to inform the court, within twenty-one days of the date of the order, whether they believed a settlement conference would be beneficial. (Id. at 5.) Twenty-one days passed and neither party responded to the April 28, 2021 order.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, plaintiff and defendant shall show cause why sanctions should not be imposed for their failure to respond to the April 28, 2021 order.

Dated: May 25, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.osc.kc

1