UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. STRUVE, et al.,<br><br>　　　　Defendants. | No. 2: 19-cv-1376 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2021, the undersigned directed the parties to inform the court, within twenty-one days of the date of the order, whether they believed a settlement conference would be beneficial. (ECF No. 81.) Twenty-one days passed and neither party responded to the April 28, 2021 order. Accordingly, on May 25, 2021, the undersigned ordered the parties to show cause why sanctions should not be imposed for their failure to respond to the April 28, 2021 order. (ECF No. 83.)

On May 24, 2021, plaintiff filed a request for a settlement conference. (ECF No. 84.) The undersigned was unaware of this request at the time he signed the May 25, 2021 order. On May 26, 2021, defendant filed a response to the order to show cause and a request for a settlement conference. (ECF No. 85.) Good cause appearing, the order to show cause is discharged.

////

1

Upon consideration of the record, the court finds that appointment of counsel is appropriate for the limited purpose of representing plaintiff at the settlement conference. The undersigned will schedule a settlement conference following the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 83) is discharged;
2. This matter is referred to the administrator of this District's pro bono panel of attorneys, Sujean Park Castelhano, for the identification of counsel to represent plaintiff at a settlement conference.

Dated: May 27, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.app.kc