UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS,<br><br>   Plaintiff,<br><br> v.<br><br>S. STRUVE, et al.,<br><br>   Defendants. | No. 2:19-cv-1376 JAM KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at the settlement conference.  (ECF No. 86.)  Alexander L. Nowinski and Lance M. Martin have been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and have agreed to be appointed.  Accordingly, IT IS HEREBY ORDERED that:

1. Alexander L. Nowinski and Lance M. Martin are appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Alexander L. Nowinski and Lance M. Martin's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Alexander L. Nowinski and Lance M. Martin, Kennaday Leavitt PC, 621 Capitol Mall, Suite 2500, Sacramento, CA 95814.

Dated: June 9, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.41