UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2: 19-cv-1376 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2021, a settlement conference was held in this action. This action settled. The court ordered the parties to file dispositional documents within thirty days. Thirty days passed and no dispositional documents were filed.

Accordingly, IT IS HEREBY ORDERE that within seven days of the date of this order, the parties shall show cause for their failure to file dispositional documents within thirty days of the September 21, 2021 settlement conference.

Dated: October 25, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.set

1