UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EVANS, | No. 2: 19-cv-1376 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. STRUVE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2021, a settlement conference was held in this action. This action settled.

Pending before the court is plaintiff's February 3, 2022, plaintiff request for status of payment of the settlement money. As discussed at the settlement conference, it may take up to six months from the date of the settlement conference for the settlement money to be paid. Six months from September 21, 2021, has not passed. For this reason, plaintiff's request for status is premature. If plaintiff does not receive his settlement money by March 21, 2022, he shall inform the court.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for status of payment of the settlement money (ECF No. 101) is deemed resolved.

Dated: February 7, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Evans1376.set(2)